AUSA: Lee Janice  Telephone: 313.226.9740
Special Agent : Vaughn Johnson, HSI  Telephone: 313.530.3326

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

CURTIS COOPER-RUSS,
TOIRIMA GILES, TRAVIS LEE
and JAMES WRIGHT

    Defendant(s).

Case:2:14-mj-30127
Judge: Unassigned,
Filed: 03-20-2014 At 12:01 PM
USA v. SEALED MATTER(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of <u>February 6, 2013 to February 28, 2013</u>, in the county of <u>Macomb</u> in the <u>Eastern</u> District of <u>Michigan</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1029 | Using One Or More Counterfeit Access Devices. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

VAUGHN JOHNSON, Special Agent - H.S.I.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/20/14

City and state: Detroit, Michigan

LAURIE J. MICHELSON
*Judge's signature*

R. STEVEN WHALEN, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Vaughn Johnson declares the following under penalty of perjury:

1.  I am a Special Agent with Homeland Security Investigations (HSI), United States Department of Homeland Security. I am assigned to the Office of Investigations, Detroit Field Office. I have served with the U.S. Department of Homeland Security since March 03, 2003. I have successfully completed the Criminal Investigator Training Program which was conducted at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my career I have had extensive training relating to the investigation of financial crimes, to include, financial and trade investigations, the tracing of illegal proceeds, asset forfeiture, and the exploitation of telecommunication devices. Additionally, prior to my career in federal law enforcement I worked in the banking industry where I was required to hold several financial and banking licenses.

2.  The information set forth in this affidavit is submitted for the limited purpose of establishing probable cause, and does not necessarily contain all of the information collected during this investigation. I have obtained the following information from my personal observations, my background, training and experience, information which has been provided to me by other law enforcement officers who are knowledgeable regarding offenses involving the fraudulent use of credit and debit cards, review of records and documents, review of videos, review of seized items, information obtained from corporate investigators, information obtained from witnesses, and information obtained from government and corporate records.

## FACTUAL BASIS

### 3. Fraudulent Purchases

The following information was obtained from law enforcement officers and official reports, Meijer. Inc. employees and review of Meijer reports, review of Meijer monitoring videos, information obtained from victim account holders, information obtained from financial institutions and State of Michigan records.

### a. February 06, 2013, Meijer Inc, Hartland, MI.

At approximately 5:35 pm, an individual later identified as Toirima GILES (DOB: 05/08/1983), was observed entering said Meijer store. Shortly thereafter, GILES was observed at register 29, where she made two purchases with a credit card with the last four digits of 8193. One of the items purchased was a $400.00 gift card. Investigators subsequently contacted the cardholder who advised that he/she was not aware of this purchase, and did not authorize anyone to use his/her credit card. Furthermore, the cardholder stated that he/she was in possession of the card at the time that the above transaction occurred.

At approximately 6:11 pm, GILES conducted two transactions at register 11 of the same Meijer store. In the first transaction, GILES purchased a bottle of liquor and a $400.00 gift card. GILES was asked to show identification with her date of birth to purchase the liquor. The birthdate entered by the store cashier was XX/XX/1983. Affiant has reviewed the Michigan driver's license for GILES and found that this is GILES' correct date of birth. In the second transaction GILES purchased another $400.00 gift card.

--2--

At approximately 6:20 pm, GILES left the store and entered a red sedan in the parking lot.

Affiant has compared the Meijer store video of the above-described events with the official Michigan Secretary of State photo for Toirima GILES and believes that they depict the same person.

b. **February 08, 2013, Meijer Inc, Shelby Township, MI.**

At approximately 3:50pm, a black female attempted to purchase a 64GB iPod. The individual presented three bank cards, all of which were declined. The cashier who conducted this transaction stated to investigators that she recalled that the last name on the identification presented by the female who attempted the purchase was "GILES." One of the bank cards presented during the attempted purchase ended with the numbers 8968. Further investigation into the afore mentioned card revealed the true and legitimate owner of the bank card to was not named GILES. The true owner of the card had been a victim of identity theft and bank fraud. Additionally, the true owner of the card stated that he/she was in possession of the legitimate bank card at the time of the attempted purchase of the iPad.

The above-described card was successfully used to conduct a fraudulent purchase of $418.70 in electronics at Meijer store # 65 in Utica, MI, earlier on the same date as the failed transaction described above.

### c. February 12, 2013, Meijer Inc, Howell, MI.

At approximately 5:00 pm, Toirima GILES was observed by surveillance cameras exiting a red sedan in the parking lot of the WalMart store in White Lake, Michigan. GILES entered the store and purchased an iPad using a fraudulent credit/debit card. She then attempted to purchase gift cards, however that transaction was declined.

Affiant has compared the Meijer store video of the above-described events with the official Michigan Secretary of State photo for Toirima GILES and believes that they depict the same person.

### d. February 15, 2013, Meijer Inc, Howell, MI.

At approximately 4:15 pm, Kurtis COOPER-RUSS (DOB: 06/17/1985) exited a red sedan in the parking lot and entered the store. At 4:20 pm, COOPER-RUSS attempted a $317.47 purchase at register 25. COPPER-RUSS attempted to use multiple cards to make the purchase, all of which were declined. COOPER-RUSS then exited the store and returned to the red sedan.

Affiant has compared the Meijer store videos of the above-described events with the official Michigan Secretary of State photo for Kurtis COOPER-RUSS and believes that they depict the same person.

At approximately 4:28 pm, James WRIGHT (DOB: 12/31/1972) entered the store. Shortly thereafter, WRIGHT used two gift cards

(card numbers ending with the last four digits 3821 and 7562) to purchase an iPad. Meijer officials determined that the gift cards had been purchased by use of two counterfeit bank cards at a Meijer store in Waterford, MI on 02/15/13. Following the purchase, a Meijer loss prevention officer followed WRIGHT out of the store and observed him enter the passenger side of a red Sedan. The officer observed the license plate of the vehicle to be Michigan CKU 7347.

Affiant has compared the Meijer store video of the above-described events with the official Michigan Secretary of State photo for James WRIGHT and believes that they depict the same person.

Meijer loss prevention officials determined that the compromised credit cards used to purchase the gift cards were issued by the Assemblies of God Credit Union in Tampa, Florida. The legitimate card owners indicated that they were in possession of their bank cards at the time that the fraudulent transactions occurred.

4. **February 28, 2013, Ohio Turnpike traffic-stop**

The following information was obtained from Ohio Highway Patrol officers. ~~review of repots review of reports of the state of~~

On February 28, 2013, Ohio State Highway Patrol Officers stopped a red Toyota Camry bearing license number CKU 7347 for a moving violation on the Ohio Turnpike. (See also, paragraph 4d above regarding said vehicle). Travis LEE was driving the car. The vehicle was also occupied by passengers Kurtis

-5-

COOPER-RUSS, and Toirima GILES. When asked for identification, driver Travis LEE presented a Michigan Identification Card. When asked, he stated that his driver's license was suspended. Passenger Toirima GILES also presented a Michigan Identification Card. Passenger Kurtis COOPER-RUSS produced a Michigan Operators License. As one of the officers was speaking to the occupants of the vehicle, he smelled a strong odor of both burnt marijuana and air freshener. During a subsequent search of the vehicle officers found two marijuana "roaches." As officers continued the search, they found numerous debit cards in a Meijer bag in the console of the vehicle. 15 cards were in the name of Travis LEE and 17 were in the name of Toirima GILES. Four additional debit cards were discovered in the purse of Toirima Giles, and an additional card was found in a wallet which was in the purse.

At the Highway Patrol Post, all of the above cards were run through a card reader. None of the numbers on the magnetic strips of any of the cards matched the numbers displayed on the front of the cards. indicating that the cards had been recoded.

Three debit cards were found in the wallet of Travis LEE. Two of the cards were found to be fraudulent.

State of Michigan registration records indicate that license CKU 7347 is assigned to a 2012 Toyota Camry, 4 Door, VIN: with the last four digits of: 3997, EAN Holdings (Enterprise Rental Company). Enterprise records indicate that the vehicle was rented by Kurtis Deangelo COOPER-RUSS on 01/11/2013 up to the time of the Ohio traffic stop.

## CONCLUSION

5. Based on the above-stated facts, affiant submits that there is probable cause to believe the that Travis LEE, Kurtis COOPER-RUSS, Toirima GILES, and James WRIGHT, knowingly and with intent to defraud produced, used, and traffic in one or more counterfeit access devices in violations of 18 U.S.C. §1029(a)(1) - Access Device Fraud.

## REQUEST FOR SEALING

It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Further Affiant saith not.

Vaughn N. Johnson, Special Agent
Homeland Security Investigations

Sworn to before me and subscribed
in my presence this 20th day of March, 2014.

HONORABLE R. STEVEN WHALEN LAURIE J. MICHELSON
UNITED STATES MAGISTRATE JUDGE

-7-